# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Jackson, Ketanji B. | **2. Court or Organization**<br><br>U.S. District Court for the District of Columbia | **3. Date of Report**<br><br>2/28/2022 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. District Court for the District of Columbia<br>333 Constitution Ave NW<br>Washington, D.C. 20001 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Overseer | Harvard University |
| 2. | Council Member | ALI |
| 3. | Board Member | Georgetown Day School |
| 4. | Board of Directors | Historical Society of the District of Columbia Circuit |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 2/28/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Medstar- Salary |
| 2. | 2020 | Legal Malpractice consulting |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI | 01/15/2020-01/17/2020 | Philadelphia, PA | ALI Council Meeting | Travel/Hotel/Meals |
| 2. | University of Michigan | 01/19/2020-01/21/2020 | Ann Arbor, MI | MLK Day Event | Travel/Hotel/Meals |
| 3. | Harvard University | 02/07/2020-02/10/2020 | Cambridge, MA | Board of Overseers Meeting | Travel/Hotel/Meals |
| 4. | University of Chicago | 02/24/2020-02/25/2020 | Chicago, IL | Parsons Legacy Dinner | Travel/Hotel/Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 2/28/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 2/28/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab- Morrison & Foerster Retirement Plan | | | | | | | | | |
| 2. -PRIMECAP Oddessy Growth | A | Int./Div. | K | T | | | | | |
| 3. -Schwab Inst LC Val Trust Fd Cls R | A | Int./Div. | J | T | | | | | |
| 4. -Schwab S&P 500 | A | Int./Div. | K | T | | | | | |
| 5. -Victory Integrity Sm Cap ValueY | A | Int./Div. | J | T | | | | | |
| 6. -Schwab Small Cap Index | A | Int./Div. | J | T | | | | | |
| 7. -Vanguard Mid Cap Index Ins | A | Int./Div. | J | T | | | | | |
| 8. -Dodge & Cox International Stock | A | Int./Div. | J | T | | | | | |
| 9. -Schwab Instl CorePlus Fixed Inc III | A | Int./Div. | K | T | | | | | |
| 10. -T. Rowe Price International Discovery Fund | A | Int./Div. | J | T | | | | | |
| 11. -Vanguard Total Intl Stock Index | A | Int./Div. | J | T | | | | | |
| 12. TIAA-Cref Money Market fund | A | Int./Div. | J | T | | | | | |
| 13. Black Rock Money Market Class A | A | Int./Div. | J | T | Sold | 01/01/20 | J | | |
| 14. Black Rock Wealth Liquid Env Aware | A | Int./Div. | J | T | Buy | 01/01/20 | J | | |
| 15. Black Rock Large Cap Core- Class A | A | Int./Div. | J | T | | | | | |
| 16. Fidelity -Medstar Retirement Program | | | | | | | | | |
| 17. -Fidelity Freedom K-2035 Fund | D | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 2/28/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   PNC Checking | A | Interest | J | T | | | | | |
| 19.   PNC Checking | | None | J | T | | | | | |
| 20.   TD Bank Checking | | None | J | T | | | | | |
| 21.   The Education Plan- My 529- Age Based Portfolio | A | Int./Div. | J | T | | | | | |
| 22.   NY's 529 College Savings Program- Age Based Portfolio | A | Int./Div. | J | T | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 2/28/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My 2014 and 2016 annual reports inadvertently omitted reimbursements from: (i) the University of California, Berkeley School of Law for expenses to attend a panel discussion in October 2014, and (ii) the Aspen Institute for expenses to attend a Justice and Society seminar in July 2016. In addition, my 2014 annual report inadvertently omitted my salary of $1,765 from George Washington University for teaching a Federal Sentencing Seminar.

Some of my previously filed reports inadvertently omitted from Part I the following positions: Montrose Christian School, School Board Member (2011), National Institute of Corrections, Advisory Board (2011 – 2013), Council for Excellence, Board of Directors (2015 – 2017), Historical Society of the District of Columbia Circuit, Board of Directors (2015 – 2021). In addition, some of my previously filed reports inadvertently omitted from Part IIIB self-employed consulting income that my spouse periodically receives from consulting on medical malpractice cases. Finally, 529 Plans that are controlled by my daughters' grandparents and not reported to us were inadvertently omitted from Section VII of my previously filed reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ketanji B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544